UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW LUKE GILLUM,<br><br>　　　　　Defendant. | No. 2:24-cr-00053-TLN<br><br>**RELATED CASE ORDER** |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 16275 COLLINS AVENUE, UNIT 2601, SUNNY ISLES BEACH, FLORIDA, MIAMI-DADE COUNTY, FOLIO NUMBER: 31-2214-033-0210, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　　Defendant. | No. 2:24-cv-00691-AC |

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 15999 RIVER ROAD, GUERNEVILLE, CALIFORNIA, SONOMA COUNTY, APN:070-050-032-000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, ET. AL,<br><br>Defendants. | No. 2:24-cv-00889-TLN-JDP |

Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123, however, merely has the result that both actions are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of this Court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.  Should either party wish to consolidate the actions, the appropriate motion or stipulation must be filed.

IT IS THEREFORE ORDERED that the action denominated 2:24-cv-00691-AC is assigned to District Judge Troy L. Nunley and reassigned to Magistrate Judge Jeremy D. Peterson, and the caption shall read 2:24-cv-00691-TLN-JDP.  Any dates currently set in 2:24-cv-00691-AC are hereby VACATED.  The Clerk of the Court is to issue the Initial Pretrial Scheduling Order.

IT IS SO ORDERED.

DATED: March 29, 2024

Troy L. Nunley
United States District Judge