PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-CR-00053-TLN |
|---|---|
| Plaintiff, | |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| MATTHEW LUKE GILLUM, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney for the Eastern District California, and Kevin C. Khasigian, Assistant U.S. Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 18 U.S.C. § 982(a)(1).  The United States hereby gives notice that upon the conviction of defendant MATTHEW LUKE GILLUM, it will also seek forfeiture of the following property pursuant to the forfeiture provisions contained in the Indictment, including, but not limited to:

1. Approximately 483.900000000 Solana seized from Mathew Luke Gillum's Coinbase account,
2. Approximately 1,409.610000 USDC seized from Mathew Luke Gillum's Coinbase account,
3. Approximately 382.920000 Tether seized from Mathew Luke Gillum's Coinbase account, and

///

///

4. Approximately 2.81000000 Ethereum seized from Mathew Luke Gillum's Coinbase account.

Dated: 6/3/2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

2

Bill of Particulars