PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>             v.<br><br>MATTHEW LUKE GILLUM,<br><br>                           Defendant. | CASE NO.  2:24-CR-0053-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 17, 2024<br>TIME:  9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on October 17, 2024.

2.      By this stipulation, defendant now moves to continue the status conference until January 16, 2025, at 9:30 a.m., and to exclude time between October 17, 2024, and January 16, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports, financial records, and over a terabyte of emails.  All of this discovery has been either produced directly to counsel and/or

made available for inspection and copying.

b)     Counsel for defendant desires additional time review the discovery, conduct defense investigation, and otherwise prepare for trial.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2024 to January 16, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3  the period within which a trial must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  September 30, 2024                    PHILLIP A. TALBERT
                                                 United States Attorney

8

9                                                /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
10                                               Assistant United States Attorney

11

12 Dated:  September 30, 2024                    /s/ DAVID KAHN
                                                 DAVID KAHN
13                                               Counsel for Defendant
                                                 MATTHEW LUKE GILLUM

14

15

16                                **ORDER**

17       IT IS SO FOUND AND ORDERED this 30th day of September, 2024.

18

19

20

21                                  _____

22                                  Troy L. Nunley
                                    Chief United States District Judge

23

24

25

26

27

28