David Kahn (SBN 148639)
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Tel.: (916) 504-0529
Fax: (916) 727-6877
Email: dkahn@gavrilovlaw.com

Attorneys for Defendant
MATTHEW LUKE GILLUM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MATTHEW LUKE GILLUM<br><br>　　　　Defendant. | Case No.  2:24-CR-00053-TLN<br><br>**STIPULATION AND ORDER FOR DISCOSURE TO DEFENSE COUNSEL OF PRESENTENCING REPORTS IN PRIOR UNDERLYING ACTION** |

The parties stipulate that copies of all sentencing reports and attachments or exhibits from the underlying criminal matters in case number 2:13-CR-00393-MCE may be provided to defense counsel David Kahn of the law firm of Gavrilov & Brooks in this matter.

IT IS SO STIPULATED.

| | |
|---|---|
| Date: May 27, 2025 | /s/ Justin Lee<br>JUSTIN L. LEE<br>US ATTORNEY |
| | |
| | GAVRILOV & BROOKS |
| Date: May 28, 2025 | /s/ David Kahn<br>DAVID S. KAHN<br>Attorney for Defendant<br>MATTHEW LUKE GILLUM |

IT IS SO ORDERED

Date: May 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE