HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814-2512
Telephone:  916.498.5700
heather_williams@fd.org

Attorney for Defendant
MATTHEW LUKE GILLUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 2:24-cr-00053-TLN |
| Plaintiff, | **MOTION TO WITHDRAW THE FEDERAL DEFENDER** |
| vs. | **AND** |
| MATTHEW LUKE GILLUM, | **O R D E R** |
| | **GRANTING WITHDRAWAL AND APPOINTING COUNSEL** |
| Defendant. | |

The defendant has, under oath, sworn or affirmed as to their financial inability to employ counsel.  The Federal Defender, appointed since the Initial Appearance, unable to continue representing the defendant. moves to withdraw from representation and to have Megan Hopkins, who was assigned this case with the Federal Defender and now, as a CJA Panel lawyer, is willing to accept continuing appointment effective April 6, 2026.

DATED:  4/8/2026                    HEATHER E. WILLIAMS
                                   Federal Defender

                                   **s**/*Heather E. Williams*_
                                   HEATHER E. WILLIAMS
                                   Federal Defender

*US v. Gillum*                    1        Motion to Withdraw the Federal
                                           Defender and Order Granting
                                           Withdrawal and Appointing Counsel

## O R D E R

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's Motion to Withdraw and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 9, 2026

_____
Troy L. Nunley
Chief United States District Judge