MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
MATTHEW LUKE GILLUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No.  2:24-cr-00053-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) ) | CONFERENCE; ORDER |
| MATTHEW LUKE GILLUM, | ) ) | |
| Defendant. | ) ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Justin Lee, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Matthew Luke Gillum, that the previously-scheduled status conference date of May 7, 2026, be continued to **July 16** at 9:30 a.m. or such time thereafter as the Court is available.

The requested continuance will provide defense counsel with the additional time needed to obtain records related to Mr. Gillum's trust account and financial dealings, as well as to meet and confer with the government regarding the status of discovery, competing theories of the case, and whether there is a pathway to resolution in the alternative to trial. The defense also requests additional time to evaluate whether any pretrial motions are appropriate, and if so, will request a pretrial motion schedule at the time of the next status conference in this matter. The government does not oppose the continuance and so stipulates.

Additionally, the parties agree that good cause exists for the extension of time caused by

the requested continuance, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between May 7, 2026, and July 16, 2026, be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.

Respectfully submitted,

Dated:  April 23, 2026

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Attorney for Defendant
MATTHEW LUKE GILLUM

Dated: April 23, 2026

ERIC GRANT
United States Attorney

/s/ *Justin Lee*
JUSTIN LEE
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The status conference previously set for May 7, 2026, is hereby continued to July 16, 2026, at 9:30 a.m. Good cause appearing, time is hereby excluded through July 16, 2026 pursuant to Local Code T4.

Dated: April 23, 2026

_____
Troy L. Nunley
Chief United States District Judge

Stipulation and Proposed Order to Continue Status Conference

2